UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES E. DEVLIN, JR.,<br><br>Defendant. | CASE NO. 2:23-cr-146<br><br>JUDGE Judge Sargus<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Felon in Possession of a Firearm)

1. From on or about October 26, 2022, through on or about October 27, 2022, in the Southern District of Ohio, the defendant, **JAMES E. DEVLIN, JR.**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, to wit: one Francolin Arms, Model Citadel PAT, 12-gauge shotgun, bearing serial number 21PTN-1656; one Adler Arms, Model Centurion Optio-1 XII, 12-gauge shotgun, bearing serial number 21US-19501; one Winchester, Model 190, .22 caliber rifle, bearing serial number B1113394; one Ward's Western Field, Model 489A, .22 caliber rifle, bearing no serial number; and one Taurus, Model G3, 9mm pistol, bearing serial number ACB572559; said firearms having been shipped and transported in interstate or foreign commerce.

   In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of any offense alleged in this Indictment, the defendant, **JAMES E. DEVLIN, JR.**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition, involved in or used in such offense, including, but not limited to:

- One Francolin Arms, Model Citadel PAT, 12-gauge shotgun, bearing serial number 21PTN-1656;
- One Adler Arms, Model Centurion Optio-1 XII, 12-gauge shotgun, bearing serial number 21US-19501;
- One Winchester, Model 190, .22 caliber rifle, bearing serial number B1113394;
- One Ward's Western Field, Model 489A, .22 caliber rifle, bearing no serial number;
- One Taurus, Model G3, 9mm pistol, bearing serial number ACB572559; and
- All associated ammunition and accessories.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

*s/Foreperson*
**GRAND JURY FOREPERSON**

KENNETH L. PARKER
UNITED STATES ATTORNEY

*Elena V. Tuhy-Walters*
**ELENA V. TUHY-WALTERS (0065443)**
Special Assistant United States Attorney
**ELIZABETH A. GERAGHTY (0072275)**
Assistant United States Attorney

2